### 37183. COURSON v. RIDLEY.

PER CURIAM.

Appellant has not followed the appeal procedure required by law in domestic relations cases (Ga. Laws 1979, p. 619; Code Ann. § 6-701.1).

*Appeal dismissed. All the Justices concur.*

DECIDED FEBRUARY 17, 1981.

*J. Laddie Boatright,* for appellant.
*Douglas W. McDonald,* for appellee.